# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ALLEN F. SWANSON  
1114 W. WOOD STREET  
MCHENRY, IL  60051  

SSN-xxx-xx-1839

Case Number: 08-71091

Case filed on: 4/11/2008  
Plan Confirmed on:  

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $9,540.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BOHLMAN LAW OFFICES, P.C. | 3,500.00 | 3,500.00 | 2,910.00 | 0.00 |
|   | Total Legal | 3,500.00 | 3,500.00 | 2,910.00 | 0.00 |
| 999 | ALLEN F. SWANSON | 0.00 | 0.00 | 1,109.50 | 0.00 |
|   | Total Debtor Refund | 0.00 | 0.00 | 1,109.50 | 0.00 |
| 001 | MACK FINANCIAL SERVICESE | 47,579.88 | 47,579.88 | 3,501.50 | 1,437.30 |
| 002 | WONDER LK SB | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | MACK FINANCIAL SERVICESE | 4,483.54 | 4,483.54 | 0.00 | 0.00 |
|   | Total Secured | 52,063.42 | 52,063.42 | 3,501.50 | 1,437.30 |
| 001 | MACK FINANCIAL SERVICESE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 8,198.94 | 8,198.94 | 0.00 | 0.00 |
| 005 | ROUNDUP FUNDING LLC | 20,619.76 | 20,619.76 | 0.00 | 0.00 |
| 006 | LVNV FUNDING LLC | 10,493.76 | 10,493.76 | 0.00 | 0.00 |
| 007 | LVNV FUNDING LLC | 8,687.13 | 8,687.13 | 0.00 | 0.00 |
| 008 | CITIBANK / SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 1,682.90 | 1,682.90 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 2,052.86 | 2,052.86 | 0.00 | 0.00 |
| 011 | H & R ACCOUNTS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | H & R ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | HSBC BANK N/A | 4,175.05 | 4,175.05 | 0.00 | 0.00 |
| 014 | HSBC BANK N/A | 3,211.54 | 3,211.54 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 2,379.57 | 2,379.57 | 0.00 | 0.00 |
| 016 | CENTEGRA NORTHERH ILLINOIS MEDICAL CTR | 2,668.01 | 2,668.01 | 0.00 | 0.00 |
| 017 | LVNV FUNDING LLC | 3,703.56 | 3,703.56 | 0.00 | 0.00 |
| 018 | MAUREEN SWANSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | RECOVERY MANAGEMENT SYSTEMS CORP | 1,983.86 | 1,983.86 | 0.00 | 0.00 |
|   | Total Unsecured | 69,856.94 | 69,856.94 | 0.00 | 0.00 |
|   | Grand Total: | 125,420.36 | 125,420.36 | 7,521.00 | 1,437.30 |

Total Paid Claimant:     $8,958.30  
Trustee Allowance:       $581.70  
Percent Paid Unsecured:      0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  12/30/2008          By  /s/Heather M. Fagan